IN THE SUPREME COURT OF TEXAS

 No. 10-0228

 IN RE NICHOLAS XENOS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed April 1, 2010, is
granted in part in Cause No. C-1-CV-09-002816, styled Mursch Partners, LP
v. Nicholas Xenos, in the County Court at Law No. 1 of Travis County,
Texas. The trial court's (1) April 6, 2010 hearing, (2) July 1, 2009 order
imposing sanctions and (3) February 22, 2010 supplemental order to appear
and show cause are stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before April 15, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 5, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk